FILED
2008 Jan-18 PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

08 JAN 17 AM 8:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

CAROL WHITCHEL,

Plaintiff,

v.

DAVOL INC., C.R. BARD, INC.AND; JOHN DOE, RICHARD ROE, ABC, INC.; DEF, CORP.; GHI, Ltd.; JKL; MNO; A,B,C,D,E,F,G,H,I;

Defendants.

Case No.: CV-08-S-0098-NE

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: January 17, 2008

Respectfully submitted,

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

Crawford S. McGivaren, Jr.
Melanie M. Atha
ATTORNEYS FOR DEFENDANT
DAVOL INC. AND DEFENDANT
C.R. BARD, INC.

OF COUNSEL:
Cabaniss, Johnston, Gardner, Dumas
& O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. J. Brent Burney
BURNEY & BURNEY
107 Grant Street S.E.
P.O. Box 1474
Decatur, AL 35602

by placing the same in the United States mail, first class postage prepaid and properly addressed this 17 day of January, 2008.

BY: ______________________
OF COUNSEL