FILED
2008 Jan-18 PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
08 JAN 17 AM 8: 55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

CAROL WHELCHEL,

Plaintiff,

v.

DAVOL INC., C.R. BARD, INC.AND; JOHN DOE, RICHARD ROE, ABC, INC.; DEF, CORP.; GHI, Ltd.; JKL; MNO; A,B,C,D,E,F,G,H,I;

Defendants.

Case No.: _______________

CV-08-S-0098-NE

**NOTICE OF FILING NOTICE OF REMOVAL**

TO: Mr. J. Brent Burney
BURNEY & BURNEY
107 Grant Street S.E.
P.O. Box 1474
Decatur, AL 35602

PLEASE TAKE NOTICE that the undersigned, as attorneys for defendants C. R. Bard, Inc. and Davol, Inc., have filed a notice in the United States District Court for the Northern District of Alabama, Northeastern Division, to remove the complaint in the above-styled cause from the Circuit Court of Madison County, Alabama, to the said United States District Court for the Northern District of Alabama, Northeastern Division.

Dated: January 17, 2008

Respectfully submitted,

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

Crawford S. McGivaren, Jr.
Melanie M. Atha
ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.

OF COUNSEL:
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. J. Brent Burney
BURNEY & BURNEY
107 Grant Street S.E.
P.O. Box 1474
Decatur, AL 35602

by placing the same in the United States mail, first class postage prepaid and properly addressed this 17 day of January, 2008.

BY: ______________________
OF COUNSEL