FILED
2008 Jan-18 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

CAROL WHELCHEL, )
)
Plaintiff, )
)
v. )
) Case No.: CV-08-S-0098-NE
DAVOL INC., C.R. BARD, INC.AND; )
JOHN DOE, RICHARD ROE, ABC, INC.; )
DEF, CORP.; GHI, Ltd.; JKL; MNO; )
A,B,C,D,E,F,G,H,I; )
)
Defendants.

**CERTIFICATE**

I hereby certify that defendants C. R. Bard, Inc. and Davol, Inc. gave written notice to the plaintiff on the 17 day of January, 2008, of the filing in this Court on said date of the Notice of Removal in the above-styled cause. I further certify that a true and correct copy of said Notice of Removal is attached hereto and that a copy of the Notice of Removal was filed with the Clerk of the Circuit Court of Madison County, Alabama, on the 17 day of January, 2008.

Dated: January 17, 2008

Respectfully submitted,

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

[signature]

Crawford S. McGivaren, Jr.
Melanie M. Atha
ATTORNEYS FOR DEFENDANT
DAVOL INC. AND DEFENDANT
C.R. BARD, INC.

OF COUNSEL:
Cabaniss, Johnston, Gardner, Dumas
& O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. J. Brent Burney
BURNEY & BURNEY
107 Grant Street S.E.
P.O. Box 1474
Decatur, AL 35602

by placing the same in the United States mail, first class postage prepaid and properly addressed this 17 day of January, 2008.

BY: ______________________
OF COUNSEL