TRANSFERRED MDL

# U.S. District Court
# Northern District of Alabama (Northeastern)
# CIVIL DOCKET FOR CASE #: 5:08−cv−00098−CLS

Whelchel v. Davol, Inc. et al
Assigned to: Judge C Lynwood Smith, Jr
Cause: 28:1441 Petition for Removal− Product Liability

Date Filed: 01/17/2008
Date Terminated: 03/11/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carol Whelchel** represented by **J Brent Burney**
BURNEY &BURNEY
107 Grant Street SE
PO Box 1474
Decatur, AL 35602
256−350−9988
Fax: 256−350−9940
Email: jbburney@charterinternet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Crawford S McGivaren, Jr**
CABANISS JOHNSTON GARDNER DUMAS &O'NEAL
PO Box 830612
Birmingham, AL 35283−0612
716−5200
Email: csm@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie M Bass**
CABANISS JOHNSTON GARDNER DUMAS &O'NEAL
PO Box 830612
Birmingham, AL 35283−0612
716−5200
Email: mmb@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Crawford S McGivaren, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie M Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | 1 | NOTICE OF REMOVAL by Davol, Inc. and C.R. Bard, Inc. from Circuit Court of Madison County, Alabama, case number CV−2007−836. ( Filing fee $ 350, receipt number: 200 243288)filed by Davol, Inc. and C.R. Bard, Inc.(Jury demand contained in complaint)(AHI) (Entered: 01/18/2008) |
| 01/17/2008 | 2 | NOTICE of Corporate Disclosure by Davol, Inc., C.R. Bard, Inc. (AHI) (Entered: 01/18/2008) |
| 01/17/2008 | 3 | NOTICE of Filing Notice of Removal by Davol, Inc., C.R. Bard, Inc. (AHI) (Entered: 01/18/2008) |
| 01/17/2008 | 4 | NOTICE of filing Certificate by Davol, Inc., C.R. Bard, Inc. (AHI) (Entered: 01/18/2008) |
| 01/24/2008 | 5 | ANSWER to Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(Bass, Melanie) (Entered: 01/24/2008) |
| 03/11/2008 | 6 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Rhode Island for inclusion in MDL 1842; Clerk of Court in District of Rhode Island will retrieve documents electronically. (AHI) (Entered: 03/11/2008) |